| | | |
|---|---|---|
| | AUSA:   Khan Ho | Telephone:  (313) 226-9100 |
| AO 91 (Rev. 11/11)  Criminal Complaint | Task Force Officer:   Terry Cross-Nelson | Telephone:  (313) 202-3400 |

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Michigan

United States of America
   v.

James Bonner

Case No.   2:25-mj-30670
Judge: Unassigned,
Filed: 10-29-2025 At 07:35 PM
CMP USA V. JAMES BONNER (DA)


### CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ October 21, 2025 _____ in the county of _____ Wayne _____ in the
_____ Eastern _____ District of _____ Michigan _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in possession of ammunition |

This criminal complaint is based on these facts:
See the attached affdavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Terry Cross-Nelson, ATF Task Force Officer
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: ____ October 29, 2025 ____

City and state:  Detroit, Michigan

_____
*Judge's signature*

Hon. Elizabeth A. Stafford, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Task Force Officer/Detective Terry Cross-Nelson, being duly sworn, depose and state as follows:

### INTRODUCTION

1.      I am a police detective with the Detroit Police Department (DPD), where I have served since November 2002. I am also a task force officer with the Bureau of Alcohol, Tobacco, Firearm and Explosives (ATF), assigned to the Firearms Investigative Team, which focuses on investigating firearm offenses.

2.      With over 22 years of law enforcement experience and more than a decade as a detective (since 2014), I have specialized in firearm-related investigations throughout my career. This includes conducting over 400 firearm-related arrests and developing extensive expertise in offenses such as felon in possession of a firearm and illegal firearm trafficking. I hold two degrees, including a master's degree from Cleary University, which, combined with my professional experience, has provided me with a comprehensive understanding of firearm offenses, investigative techniques, and the legal processes required to effectively address these crimes.

3.      This affidavit is based on my personal knowledge, information obtained from witnesses interviewed by law enforcement, communications with other law enforcement officers, and my training and experience in firearm-related

investigations. This affidavit is submitted for the limited purpose of establishing probable cause that James BONNER (DOB: XX/XX/1962) has violated 18 U.S.C. § 922(g)(1) (felon in possession of ammunition) and does not contain all facts known to law enforcement regarding this investigation.

## PROBABLE CAUSE

4.      On October 21, 2025, Green Light Project surveillance videos at a gas station on E. McNichols in Detroit captured the driver of an orange pickup truck, later identified as James Bonner, discharging a firearm while seated inside the vehicle in the parking lot.

5.      The videos show the driver of the truck raised a firearm in the air twice. Below are the video still shots of the first occasion.





6.      On the second occasions, the videos show nearby individuals quickly retreating from the truck as the gun was raised in the air, indicating that a shot was likely fired. Below are the video still shots of the second occasion.





7.      The videos show, after the second occasion, an unknown male entering the passenger side of the truck before police arrived. The male then exited the vehicle and appeared to place a dark-colored firearm into the bed's toolbox. Moments later, he retrieved the firearm, put it in his jacket pocket, and walked away from the truck.

8.      Until police arrived, the driver, Bonner, never left his seat. After officers removed Bonner from the driver's seat, they discovered a live 9mm Luger brass round of ammunition on the floorboard in front of the seat, underneath which was a liquor bottle.



9.      Officers also recovered a spent brass 9mm Luger shell casing from the truck bed. Officers did not recover a firearm.

10.      In a post-Miranda interview, Bonner identified as himself depicted in the still shots obtained from the green light cameras. Bonner admitted that he was in possession of a black Beretta 9mm handgun that he had purchased a few days prior "on the streets." He also admitted that he discharged the firearm twice from the driver's seat of the truck and that an unknown male later removed the scene.

11.      After being provided with both a verbal and visual description of the headstamps on the recovered ammunition and shell casing, an ATF Interstate Nexus Expert opined that the 9mm Luger ammunition and the corresponding shell casing were manufactured outside Michigan, thereby traveling in and affecting interstate or foreign commerce.

12.     Bonner is currently on a three-year term of federal supervised release arising out of a 2020 conviction for felon in possession of a firearm, for which he was sentenced to 63 months' imprisonment. (Case No. 19-cr-20719). According to the pre-sentence report, this conviction stemmed from an incident in which police responded to a report of a male in a white pickup truck firing shots in a Detroit park. Officers located Bonner in the matching vehicle and discovered a pistol with a partially obliterated serial number inside. Bonner admitted to being under the influence of alcohol and crack cocaine at the time. Initially, Bonner was released on bond. However, bond was subsequently revoked following Bonner's arrest for operating a vehicle at a high rate of speed while intoxicated, with a blood alcohol content of 0.168%.

13.     Bonner's criminal history also includes multiple other prior felony convictions. These include two additional federal convictions for bank robbery and felon in possession of a firearm, for which he was sentenced to 70 months' imprisonment. (Case No. 98-80881). Less than two weeks after being released from serving that sentence, Bonner robbed a gas station, assaulted the clerk, and stole money from the lotto machine. Bonner was charged and convicted of larceny from a person in state court, which sentenced him to 18 months to 10 years in custody. His federal supervised release was also revoked, leading to an additional 12 months' imprisonment.

14.     Given Bonner's multiple felony convictions—including being a felon in possession of firearms—for which he received prison sentences exceeding one year and that he is currently on federal supervised release, probable cause exists that Bonner knows that he is a convicted felon prohibited from possessing firearms or ammunition.

### CONCLUSION

15.     Probable cause exists that on October 21, 2025, in the Eastern District of Michigan, BONNER, as a convicted felon knowing his felony convictions, possessed 9mm Luger ammunition that had travelled in and affected interstate commerce, in violation of 18 U.S.C. § 922(g)(1).

Respectfully submitted,

Terry Cross-Nelson
Task Force Officer, ATF

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Hon. Elizabeth A. Stafford
United States Magistrate Judge

Dated:   October 29, 2025

7